IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA



FILED

DEC 0 4 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* MARK J. O'CONNOR and SARA F. LEIBMAN, <br><br>Plaintiffs,<br><br>v.<br><br>U.S. CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., TELEPHONE AND DATA SYSTEMS INC., KING STREET WIRELESS, L.P., KING STREET INC., ADVANTAGE SPECTRUM, L.P., FREQUENCY ADVANTAGE, L.P., NONESUCH, INC., WILLIAM VAIL, and ALLISON CRYOR DINARDO,<br><br>Defendants. | CIV-15-510-D<br>*FILED IN CAMERA<br>AND UNDER SEAL*<br>(31 U.S.C. § 3730(b)(2)) |

## UNITED STATES' MOTION TO LIFT THE SEAL

On November 8, 2019, the Court entered an Order requiring that the United States "file a motion to unseal this matter as soon as is practical, but no later than the date on which the United States files a notice regarding its election to intervene in the related case, Case No. CIV-15-370-D." Doc. No. 43. Pursuant to the Court's Order, the United States gives notice that on this date it has filed its intervention decision in Case No. CIV-15-370-D, and moves that the Court unseal this file as set forth herein.

Although the United States has declined to intervene in this case, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their

reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the written consent of the United States be obtained before a final ruling is issued.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States and that orders issued by the Court be sent to counsel for the United States. The United States further reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek the dismissal of Relators' action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that only the Relators' Complaint, this Motion to Lift the Seal, and the proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Motion.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

TIMOTHY J. DOWNING
United States Attorney

*s/ Ronald R. Gallegos*
RONALD R. GALLEGOS, Bar No. 013227 AZ
SCOTT MAULE, OBA No. 31760
Assistant U.S. Attorneys
United States Attorney's Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8844; (fax) 553-8885
Ron.Gallegos@usdoj.gov
Scott.Maule@usdoj.gov

and

ANDY J. MAO
PATRICIA L. HANOWER
ELSPETH A. ENGLAND
Elspeth.A.England@usdoj.gov
Attorneys, Civil Division
United States Department of Justice

## CERTIFICATE OF SERVICE

___ I hereby certify that on (date), I electronically transmitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

## ECF SERVICE NOT APPROPRIATE - CASE UNDER SEAL

___ I hereby certify that on (date), the attached **FILING UNDER SEAL** document was mailed, postage prepaid, to the following:

**None, as this matter is filed in camera and under seal.**

*s/ Ronald R. Gallegos*
RONALD R. GALLEGOS