# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO<br>Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Advantage Spectrum LP
c/o Elizabeth Edmondson, Esq.
Jenner & Block LLP
919 Third Avenue, New York, NY  10022-3908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:30 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: Emily N. Morrow
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. CIV-15-510-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO <br>  Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Allison Cryor DiNardo
c/o Cormac T. O'Connor, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900, Washington, D.C. 20005

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:30 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. CIV-15-510-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO <br>      Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Frequency Advantage LP
c/o Elizabeth Edmondson, Esq.
Jenner & Block LLP
919 Third Avenue, New York, NY  10022-3908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:30 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: Emily N. Morrow
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-510-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                                        Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO <br> Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
King Street Inc.
c/o Cormac T. O'Connor, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900, Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:30 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: Emily N. Morrow
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. CIV-15-510-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO <br> Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
King Street Wireless LP
c/o Cormac T. O'Connor, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900, Washington, D.C. 20005

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 7:30 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: *Emily M. Morrow*
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. CIV-15-510-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**      **Save As...**                                              **Reset**

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO<br>Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Nonesuch, Inc.
c/o Cormac T. O'Connor, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900, Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:30 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: Emily N. Morrow
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-510-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                   _____
                                                          *Server's signature*

                                                   _____
                                                          *Printed name and title*

                                                   _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN, <br><br> Plaintiff(s), <br><br>v. <br><br>U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO <br>Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Telephone and Data Systems Inc.
c/o Frank R. Volpe, Esq.
Sidley Austin LLP, 1501 K Street, N.W.
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:31 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: *Emily N. Morrow*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-510-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO <br> Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
US Cellular Corporation
c/o Frank R. Volpe, Esq.
Sidley Austin LLP, 1501 K Street, N.W.
Washington, D.C. 20005

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:31 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: *Emily N. Morrow*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. CIV-15-510-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO<br>Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
USCC Wireless Investment, Inc.
c/o Frank R. Volpe, Esq.
Sidley Austin LLP, 1501 K Street, N.W.
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:31 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: Emily N. Morrow
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-510-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**     **Reset**

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARK J. O'CONOR and SARA F. LEIBMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. CELLULAR CORPORATION; USCC WIRELESS INVESTMENT, INC.; TELEPHONE AND DATA SYSTEMS, INC.; KING STREET WIRELESS, L.P.; ALLISON CRYOR DINARDO<br>Defendant(s). | Case No. CIV-15-510-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
William Vail
c/o Elizabeth Edmondson, Esq.
Jenner & Block LLP
919 Third Avenue, New York, NY  10022-3908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vicki Zemp Behenna, OBA #10734
Mulinix, Goerke & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:31 am, Feb 25, 2020
CARMELITA REEDER SHINN, Clerk
By: _Emily N. Morrow_
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-510-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                          *Server's signature*

                          _____
                          *Printed name and title*

                          _____
                          *Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**                                    **Reset**